IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JANINE L. WRIGHT,

     Appellant,

v.

DEPARTMENT OF HEALTH
BOARD OF SPEECH-
LANGUAGE PATHOLOGY,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0999

_____/

Opinion filed January 20, 2015.

An appeal from an order from the Board of Speech-Language Pathology and
Audiology.
Anthony Jusevitch, Executive Director.

Janine L. Wright, pro se, Appellant.

Therese A. Savona, Chief Appellate Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.